FILED
HARRISBURG, PA
SEP 08 2026
PER ____ DEPUTY CLERK

September 2, 2026

Clerk of Court
United States District Court
Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

Re: S.M., a Minor, by Rebecca Mack, Guardian, Plaintiff versus Ripleighs LLC and Laura Maring, Defendants / Civil Action No. 1:26-cv-02101-YK

Dear Clerk,

Pursuant to Federal Rule of Civil Procedure 45(a)(3), Defendant Laura Maring respectfully requests that the Clerk issue and return:

(a) two signed but otherwise blank AO 88A subpoenas and

(b) two signed but otherwise blank AO88B subpoenas, in each case for use in the above-captioned action.

I have included a self-addressed stamped envelope.

Respectfully submitted,

By: ______________________

LAURA MARING, Pro Se
332 Baltimore Street
Taneytown, MD 21787
Mobile: 443.605.3029
lfurbay@yahoo.com

Ripleigh's
200 S. 4TH STREET
MCSHERRYSTOWN, PA
•17344•

HARRISBURG PA 171
2 SEP 2026 PM 3 L

FOREVER

RECEIVED
HARRISBURG, PA
SEP 08 2026
PER ____ DEPUTY CLERK

Clerk of Court
US District Court
Middle District of PA
1501 N. 6th Str. Ste 101
Harrisburg, PA 17102

17102-110401