**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SM, A MINOR, BY REBECCA MACK, GUARDIAN,<br><br>*Plaintiff*,<br><br>v.<br><br>RIPLEIGHS LLC, AND LAURA MARING,<br><br>*Defendants*. | ) | Case No.: 1:26-CV-02101-YK |

**<u>REQUEST TO ENTER DEFAULT</u>**

To: The Clerk of the U.S. District Court for the Middle District of Pennsylvania.

Please enter the default of Defendants, Ripleighs LLC, and Laura Maring, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Kyle H. Steenland, Esq. hereto attached.

Date: September 29, 2026

Respectfully submitted,

**STEENLAND LAW, PLLC**

By: *<u>/s/ Kyle H. Steenland</u>*
Kyle H. Steenland (Pa Bar No. 327786)

Steenland Law, PLLC
1575 McFarland Road, Suite 212
Pittsburgh, PA 15216
Phone: 412.368.2324
Fax: 412.214.9182
E-mail: kyle@steenlandlaw.com

*Counsel for Plaintiff,*
*SM, a Minor, by Rebecca Mack, Guardian*

AND NOW, THIS _____ DAY OF _____, 2026, pursuant to Plaintiff, SM, a Minor, by Rebecca Mack, Guardian's request to enter default and the affidavit filed, default is hereby entered against Defendants, Ripleighs LLC, and Laura Maring, for failure to plead or otherwise defend.

____________________
Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SM, A MINOR, BY REBECCA MACK, GUARDIAN,<br><br>*Plaintiff*,<br><br>v.<br><br>RIPLEIGHS LLC, AND LAURA MARING,<br><br>*Defendants*. | ) | Case No.: 1:26-CV-02101-YK |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Kyle H. Steenland, Esq., being duly sworn, state the following:

1. I am the attorney for Plaintiff, SM, a Minor, by Rebecca Mack, Guardian ("Plaintiff"), in the above-captioned action and I am familiar with the file, records, and pleadings in this matter.

2. On July 27, 2026, the Complaint in Civil Action (the "Complaint") was filed in this matter against Defendants, Ripleighs LLC ("RPL") and Laura Maring ("Ms. Maring") (collectively, RPL and Ms. Maring are identified as "Defendants"). *See* ECF No. 1.

3. On July 28, 2026, the Summons was issued as to RPL (the "RPL Summons") and Ms. Maring (the "Maring Summons"). *See* ECF No. 2.

4. On August 25, 2026, Plaintiff served RPL with the Complaint and the RPL Summons by way of process server, after four delivery attempts, on August 25, 2026. *See* ECF No. 8.

5. On August 29, 2026, Plaintiff served Ms. Maring with the Complaint and the Maring Summons by way of process server, after another four delivery attempts, between August 25, 2026, and August 29, 2026. *See* ECF No. 9.

6. On September 4, 2026, Plaintiff filed the First Amended Complaint (the "FAC") against Defendants. *See* ECF No. 13. Contemporaneously with filing the FAC, Plaintiff emailed the FAC to Defendants.

7. On September 28, 2026, Ms. Maring filed a Motion for Leave to File a Dispositive Motion Under Rule 56 (the "Motion") and identified knowledge and awareness of the FAC. *See* ECF No. 18.

8. The Motion does not qualify as an answer or a permitted defense by motion permitted under Fed. R. Civ. P. 12.

9. Counsel for RPL has not entered an appearance in this case on behalf of RPL and RPL has failed to file an answer or answer or responsive pleading to the Complaint and the FAC.

10. The deadlines for Defendants to answer or file a responsive pleading to the Complaint and the FAC have expired.

11. Defendants are now in a state of default.

12. Therefore, Plaintiff respectfully requests that the Clerk of Court enter default against Defendants.

Date: September 29, 2026

Respectfully submitted,

**STEENLAND LAW, PLLC**

By: */s/ Kyle H. Steenland*
Kyle H. Steenland (Pa Bar No. 327786)

Steenland Law, PLLC
1575 McFarland Road, Suite 212
Pittsburgh, PA 15216
Phone: 412.368.2324
Fax: 412.214.9182
E-mail: kyle@steenlandlaw.com

*Counsel for Plaintiff,*
*SM, a Minor, by Rebecca Mack, Guardian*

**CERTIFICATE OF SERVICE**

I certify that on September 29, 2026, a true and correct copy of the foregoing was served on the following parties in the methods delineated herein:

*Via Electronic and First-Class Mail*

Ripleigh's LLC
200 S. 4th Street
McSherrystown, PA 17344

Laura Maring
332 E Baltimore Street
Taneytown, MD 21787-2224

By: */s/ Kyle H. Steenland*
Kyle H. Steenland (Pa Bar No. 327786)