IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SM, a minor,<br>by Rebecca Mack, guardian,<br><br>Plaintiff,<br><br>v.<br><br>RIPLEIGHS, LLC, et al.,<br><br>Defendants. | : Civ. No. 1:26-CV-2101<br>:<br>:<br>:<br>: (Judge Kane)<br>:<br>: (Chief Magistrate Judge Bloom)<br>:<br>:<br>: |

ORDER

AND NOW, this 1st day of October 2026, upon consideration of the plaintiff's request for an entry of default,[1] and recognizing the unusual procedural posture of this docket,[2] IT IS HEREBY ORDERED AS FOLLOWS:

---

[1] Doc. 19.

[2] One defendant, Laura Maring, is representing herself and filed a waiver of service and a motion to dismiss prior to being served with the complaint. *See* Docs. 4, 6-7. It appears that this defendant then attempted to obtain discovery from the plaintiff, including noticing the plaintiff's deposition. *See* Doc. 12. The district court stayed discovery in this case and referred the matter to the undersigned for pretrial management. *See* Doc. 17.

1. Defendant Maring's motion to dismiss and subsequent motion to deem this motion ripe[3] are DEEMED WITHDRAWN pursuant to her notice of withdrawal of this motion.[4]
2. The plaintiff's request for an entry of default is DENIED at this time.
3. The plaintiff's motion for protective order[5] is DENIED without prejudice at this time, as the district court has stayed discovery in this matter.
4. Defendant Maring is ORDERED to respond to the amended complaint[6] in accordance with Federal Rule of Civil Procedure 12 **on or before October 15, 2026.**

*S/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge

---

[3] Docs. 6, 10.
[4] Doc. 15.
[5] Doc. 12.
[6] Doc. 13.